1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Jesus Barba
6

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                     **WESTERN DIVISION**

10

11

12 | JESUS BARBA,                        ) Case No.: CV 13-1040 CW
                                        )
13 |        Plaintiff,                   ) ORDER OF DISMISSAL
                                        )
14 |    vs.                              )
   | CAROLYN W. COLVIN, Acting           )
15 | Commissioner of Social Security,    )
                                        )
16 |                                     )
   |        Defendant.                   )
17 |_____)

18

19     Based on the stipulation of the parties, the above captioned matter is

20 dismissed with prejudice, each party to bear its own fees, costs, and expenses.

21     IT IS SO ORDERED.

22 DATE:    October 21, 2013

23                                    *[signature: Carla M. Woehrle]*

24                                    _____
                                      THE HONORABLE CARLA WOEHRLE
25                                    UNITED STATES MAGISTRATE JUDGE

26

-1-

1  DATE: October 15, 2013	Respectfully submitted,

2	LAW OFFICES OF LAWRENCE D. ROHLFING
	/s/ *Young Cho*
3  BY:_____
	Young Cho
4	Attorney for plaintiff Jesus Barba

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-